IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WANDA PENNA,

      Appellant,

v.

ST. ANDREWS HARBOUR APT./
SEABRIGHT INSURANCE
COMPANY,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-377

Opinion filed October 8, 2014.

An appeal from an order of the Judge of Compensation Claims.
Laura Roesch, Judge.

Date of Accident: September 30, 1999.

Bill McCabe, Longwood, and Kimberly J. Syfrett, Panama City, for Appellant.

Christopher J. Dubois and Mary E. Cruickshank of DuBois & Cruickshank, P.A.,
Tallahassee, for Appellees.

PER CURIAM.

      AFFIRMED.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.